IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00125-PSF-BNB

POSTNET INTERNATIONAL FRANCHISE CORPORATION,

Plaintiff,

v.

AMERCIS INTERNATIONAL, INC.,
VICTORIA KOPUNEK, and
THOMAS KOPUNEK,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Unopposed Motion for Leave to Amend Complaint** [Doc. # 25, filed 4/7/06] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to mark as filed the First Amended Complaint submitted with the Motion as an exhibit. The defendants shall respond to the First Amended Complaint within ten days.

Dated April 11, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge