IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 06-cv-00125-PSF-BNB     Date: September 11, 2006
Courtroom Deputy: Geneva D. Mattei         FTR BNB COURTROOM A401

| | |
|---|---|
| POSTNET INTERNATIONAL FRANCHISE CORPORATION, | Barry Heller by telephone Michael Lindsay |
| Plaintiff and Counter Defendant, | |
| v. | |
| AMERCIS INTERNATIONAL, INC., VICTORIA KOPUNEK THOMAS KOPUNEK, | Gregg Anderson |
| Defendants and Counter Claimants. | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:    8:53 a.m.

Appearance of counsel and Brian Spindel Executive Vice President for POSTNET

Court's opening remarks.

Argument presented.

**ORDERED:** Defendants' motion to compel responses to defendants' first set of combined interrogatories, requests for production of documents and things, and request for admission under Fed. R. Civ. P. 37(a)(2)(B) and 37(a)(3) and certification of communication in good faith(8/7/06 #57) is **GRANTED IN PART AND DENIED IN PART** as stated on the record. Responses due 20 days from today.

Court in Recess    9:28 a.m.    Hearing concluded.

Total time in court:    00:35