IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00125-PSF-BNB

POSTNET INTERNATIONAL FRANCHISE CORPORATION,

Plaintiff,

v.

AMERCIS INTERNATIONAL, INC.,
VICTORIA KOPUNEK, and
THOMAS KOPUNEK,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants' Motion to Compel Responses to Defendants' First Set of Combined Interrogatories, Requests for Production of Documents and Things, and Request for Admission Under Fed. R. Civ. P. 37(a)(2)(B) and 37(a)(3)** [Doc. # 57, filed 8/7/2006] (the "Motion to Compel"). Subsequently, the defendants filed a status report [Doc. # 70, filed 9/7/2006] indicating that all of the disputed matter had been resolve except for the disputes concerning Requests for Production of Documents Nos. 8, 18, and 20.

I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED with respect to Request for Production No. 8 to require the plaintiff to disclose responsive documents with respect to 50

francisees.  The Motion to Compel otherwise is DENIED with respect to Request for Production No. 8.

IT IS FURTHER ORDERED that the Motion to Compel is DENIED with respect to Requests for Production Nos. 18 and 20.  The plaintiff, however, must provide copies of the periodic reports listing the top 100 royalty producing franchisees which were previously sent to all franchisees if the defendants do not have copies of those reports.

IT IS FURTHER ORDERED that the plaintiff shall supplement its discovery responses consistent with this order on or before **October 2, 2006**.

Dated September 11, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge