IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00125-PSF-BNB

POSTNET INTERNATIONAL FRANCHISE CORPORATION,

    Plaintiff,

v.

AMERCIS INTERNATIONAL, INC.;
VICTORIA KOPUNEK; and
THOMAS KOPUNEK,

    Defendants.

---

## ORDER REGARDING SETTLEMENT

In light of the representation in a telephone call to Chambers staff on October 26, 2006 that a settlement has been reached, the parties are directed to file settlement papers or a stipulation of dismissal **no later than November 9, 2006**.

    DATED: October 27, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge