IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-000125-PSF-BNB

POSTNET INTERNATIONAL
FRANCHISE CORPORATION,

       Plaintiff/Counterclaim Defendant,

v.

AMERICIS INTERNATIONAL, INC.,
VICTORIA KOPUNEK,
and THOMAS KOPUNEK,

       Defendants/Counterclaimants.

---

## JOINT STIPULATION TO DISMISS

---

       The parties, by and through their undersigned counsel, hereby stipulate that the above-referenced action, including all claims contained within the complaint and all counterclaims, shall be dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(ii), with each party to bear its own costs and attorneys' fees.

       The parties jointly request that the Court enter an Order dismissing this action, including all claims contained within the complaint and all counterclaims, with prejudice pursuant to their stipulation.

124503.1

DATED:  November 20, 2006

*s/Michael E. Lindsay*
Michael E. Lindsay
Scott C. Sandberg
Snell & Wilmer L.L.P.
One Tabor Center, Suite 1900
1200 Seventeenth Street
Denver, Colorado  80202
Telephone:  (303) 634-2000
Facsimile:  (303) 634-2020
mlindsay@swlaw.com
**ATTORNEYS FOR PLAINTIFF POSTNET INTERNATIONAL FRANCHISE CORPORATION**

*s/Gregg I. Anderson*
Gregg I. Anderson
Talia S. Ballinger
Greenberg Traurig, LLP
1200 Seventeenth Street, Suite 2400
Denver, Colorado 80202
Telephone:  (303) 572-6500
Facsimile:   (303) 572-6540
andersong@gtlaw.com
ballingern@gtlaw.com
**ATTORNEYS FOR DEFENDANTS AMERICIS INTERNATIONAL, INC., VICTORIA KOPUNEK, and THOMAS KOPUNEK**