IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00125-PSF-BNB

POSTNET INTERNATIONAL FRANCHISE CORPORATION,

    Plaintiff,

v.

AMERCIS INTERNATIONAL, INC.;
VICTORIA KOPUNEK; and
THOMAS KOPUNEK,

    Defendants.

## ORDER OF DISMISSAL

In light of the parties' Joint Stipulation to Dismiss (Dkt. # 82), the Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE, including all claims contained within the Complaint and all counterclaims, each party to bear his, her or its own costs and attorney fees.

DATED: November 22, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge